1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:16-CR-00106-LJO-SKO

12                      Plaintiff,          PRELIMINARY ORDER OF FORFEITURE

13              v.

14  ABEL TOLEDO-VILLA,

15                      Defendant.

16
           Based upon the plea agreement entered between the United States and defendant Abel Toledo-
17
    Villa, and the accompanying Application for Preliminary Order of Forfeiture and Publication Thereof by
18
    the United States, it is hereby ORDERED, ADJUDGED AND DECREEED as follows:
19
           1.      Pursuant to 21 U.S.C. § 853(a), Abel Toledo-Villa's interest in the following property
20
    shall be condemned and forfeited to the United States of America, to be disposed of according to law:
21
               a.  Ruger Model 10122 .22 caliber rifle, serial #125-20520,
22
               b.  106 live .22 caliber bullets,
23
               c.  Miscellaneous ammunition seized from co-defendant SAIR EDUARDO
24
                   MALDONADO-SOTO's residence in Perris, California; and,
25
               d.  Marlin Model 60 .22 caliber rifle, serial #05175207.
26
           2.      The above-listed assets constitute property used, or intended to be used, in any manner or
27
    part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B),
28

    PRELIMINARY ORDER OF FORFEITURE                    1

1 | and 846.

2 |       3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

3 | seize the above-listed property.  The aforementioned property shall be seized and held by the United

4 | States Forestry Service or Department of Homeland Security, Customs and Border Protection in its

5 | secure custody and control.

6 |       4.      a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish

7 | notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a

8 | designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be

9 | posted for at least 30 consecutive days on the official internet government forfeiture site

10 | www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice

11 | to any person known to have alleged an interest in the property that is the subject of the order of

12 | forfeiture as a substitute for published notice as to those persons so notified.

13 |       b. This notice shall state that any person, other than the defendant, asserting a legal

14 | interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

15 | first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

16 | within thirty (30) days from receipt of direct written notice, whichever is earlier.

17 |       5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this

18 | Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will

19 | be addressed.

20 |

21 | IT IS SO ORDERED.

22 |     Dated:   __**July 20, 2017**__          ____**/s/ Lawrence J. O'Neill**_____
                                      UNITED STATES CHIEF DISTRICT JUDGE

23 |

24 |

25 |

26 |

27 |

28 |

PRELIMINARY ORDER OF FORFEITURE

2